

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-1-2012

# In Re: Michael Calabrese, Jr.

Precedential or Non-Precedential: Precedential

Docket No. 11-3793

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re: Michael Calabrese, Jr. " (2012). *2012 Decisions.* Paper 505.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/505

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 11-3793

_____

IN Re: MICHAEL CALABRESE, JR.,
Appellant

On Appeal from the U.S. District Court for the District of New Jersey
(D.C. No. 10-cv-06583)

_____

Argued April 11, 2012
Before:  McKEE, *Chief Judge*, HARDIMAN, *Circuit Judge*,
and JONES, II,[*] *District Judge*.

_____

ORDER AMENDING OPINION

_____

It appears that the Isabel C. Balboa the Trustee was incorrectly identified as Attorney for Trustee in the caption header of this Court's opinion filed July 20, 2012.  The opinion is hereby amended to correct this designation as follows:

Office of United States Trustee
535 Route 38 East
Suite 580
Cherry Hill, NJ 08002
        *Trustee*

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

_____

[*]The Honorable C. Darnell Jones, II, District Judge for the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

Date:  August 1, 2012
tmk/cc: Nicholas S. Herron, Esq.
Marlene G. Brown, Esq.
Ramanjit K. Chawla, Esq.